IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NICHOLAS ADDISON
ADC #162451                                                              PLAINTIFF

v.                              No. 5:16-cv-50-DPM

DIANE LENDERMAN, Secretary; TINA GIBSON,
Mail Room Supervisor; V. ROBERTSON, Major;
and WILLIAM STRAUGHN, Warden, Cummins Unit,
Arkansas Department of Correction                          DEFENDANTS

ORDER

Motion to voluntarily dismiss, № 3, granted. Addison's complaint will

be dismissed without prejudice. An *in forma pauperis* appeal from this Order

and accompanying Judgment will not be taken in good faith. 28 U.S.C.

§ 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_4 March 2016_