IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NICHOLAS ADDISON
ADC #162451                                                            PLAINTIFF

v.                          No. 5:16-cv-50-DPM

DIANE LENDERMAN, Secretary; TINA GIBSON,
Mail Room Supervisor; V. ROBERTSON, Major;
and WILLIAM STRAUGHN, Warden, Cummins Unit,
Arkansas Department of Correction                         DEFENDANTS

## JUDGMENT

Addison's complaint is voluntarily dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

4 March 2016